UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-22299-UU

IVETTE KIRENIA SANCHEZ,

    Plaintiff,

v.

CYSA JET CARGO, CORP.,
*et al.*,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. As of July 10, 2017, Plaintiff has not provided an update to the Court regarding its efforts to serve Defendants. Accordingly, it is

ORDERED AND ADJUDGED that Plaintiff SHALL show cause in writing, not to exceed three pages, on or before **Monday, July 17, 2017**, as to his efforts in effecting service on Defendants. Alternatively, Plaintiff may file proof of service on Defendants by such date. **Failure to respond to this Order will result in dismissal of this action without further notice.**

DONE AND ORDERED in Chambers at Miami, Florida, this 10th day of July, 2017.

                                                      _____
                                                      URSULA UNGARO
                                                      UNITED STATES DISTRICT JUDGE

copies provided: counsel of record