UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-CV-22299-UU

IVETTE KIRENIA SANCHEZ,

    Plaintiff,

v.

CYSA JET CARGO CORP.,
a Florida Corporation, ALFONSO SANTIAGO,
an individual and CARLOS A. RODRIGUEZ,
an individual.

    Defendants.

_____/

## NOTICE OF FILING

    Pursuant to the Court's request, Plaintiff respectfully files Returns of Service for Defendants, CYSA JET CARGO CORP. and for CARLOS RODRIGUEZ.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 15th day of July 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, in the manner specified, via transmission of Notices of Electronic Filing generated by CM/ECF.

    Respectfully submitted,

    GALLARDO LAW OFFICE, P.A.
    8492 SW 8th Street
    Miami, Florida 33144
    Telephone: (305) 261-7000
    Fax: (305) 261-0088
    Email: civil@gallardolawyers.com

    By: /s/ Elvis J. Adan
    Elvis J. Adan, Esq.
    Florida Bar No. 24223

## RETURN OF NON-SERVICE

### UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 17-CV-22299-UU

Plaintiff:
**IVETTE KIRENIA SANCHEZ**

vs.

Defendant:
**CYSA JET CARGO CORP., A FLORIDA CORPORATION, ALFONSO SANTIAGO, AN INDIVIDUAL, AND CARLOS RODRIGUEZ, AN INDIVIDUAL.**

For:
GALLARDO LAW OFFICE, P.A.
8492 S.W. 8th Street
Miami, FL 33144

Received by Statewide Process Service, Inc on the 21st day of June, 2017 at 3:55 pm to be served on **CARLOS RODRIGUEZ, 1720 NW 82ND AVE, DORAL, FL 33191**.

I, Eduardo E Ochoa, do hereby affirm that on the **27th day of June, 2017 at 10:49 am, I:**

**NON-SERVED** the **SUMMONS, PLAINTIFF'S INITIAL COMPLAINT,** for the reason that I failed to find **CARLOS RODRIGUEZ** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
6/27/2017 10:49 am Attempted Service. Per employee of Cysa Jet cargo Liz Benavides the defendant does not live here, he currently lives in Costa Rica.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing Affidavit of Service and that the facts stated in it are true.. Notary not required pursuant to F.S. 92.525 (2)

**Eduardo E Ochoa**
Dade County CPS # 784

**Statewide Process Service, Inc**
**5727 NW 7th Street**
**Suite 317**
**Miami, FL 33126**
**(786) 512-5440**

Our Job Serial Number: OCH-2017000907

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 17-CV-22299-UU

Plaintiff:
**IVETTE KIRENIA SANCHEZ**

vs.

Defendant:
**CYSA JET CARGO CORP., A FLORIDA CORPORATION, ALFONSO SANTIAGO, AN INDIVIDUAL, AND CARLOS RODRIGUEZ, AN INDIVIDUAL.**

For:
GALLARDO LAW OFFICE, P.A.
8492 S.W. 8th Street
Miami, FL 33144

Received by Statewide Process Service, Inc on the 21st day of June, 2017 at 3:55 pm to be served on **CYSA JET CARGO CORP, 1720 NW 82ND AVE, MIAMI, FL 33191**.

I, Eduardo E Ochoa, do hereby affirm that on the **27th day of June, 2017 at 10:49 am**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS, PLAINTIFF'S INITIAL COMPLAINT**, with the date and hour of service endorsed thereon by me, to: **LIZ BENAVIDES** as **ADMN ASSISTANT** for **CYSA JET CARGO CORP**, at the address of: **1720 NW 82ND AVE, MIAMI, FL 33191**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing Affidavit of Service and that the facts stated in it are true.. Notary not required pursuant to F.S. 92.525 (2)

**Eduardo E Ochoa**
Dade County CPS # 784

**Statewide Process Service, Inc**
**5727 NW 7th Street**
**Suite 317**
**Miami, FL 33126**
**(786) 512-5440**

Our Job Serial Number: OCH-2017000908

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1a