# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Florida

Case Number: 17-CV-22299-UU

Plaintiff:
**IVETTE KIRENIA SANCHEZ**

vs.

Defendant:
**CYSA JET CARGO CORP., A FLORIDA CORPORATION, ALFONSO SANTIAGO, AN INDIVIDUAL, AND CARLOS RODRIGUEZ, AN INDIVIDUAL.**

For:
GALLARDO LAW OFFICE, P.A.
8492 S.W. 8th Street
Miami, FL 33144

Received by Statewide Process Service, Inc on the 21st day of June, 2017 at 3:55 pm to be served on **CYSA JET CARGO CORP, 1720 NW 82ND AVE, MIAMI, FL 33191**.

I, Eduardo E Ochoa, do hereby affirm that on the **27th day of June, 2017 at 10:49 am**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS, PLAINTIFF'S INITIAL COMPLAINT**, with the date and hour of service endorsed thereon by me, to: **LIZ BENAVIDES** as **ADMN ASSISTANT** for **CYSA JET CARGO CORP**, at the address of: **1720 NW 82ND AVE, MIAMI, FL 33191**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing Affidavit of Service and that the facts stated in it are true.. Notary not required pursuant to F.S. 92.525 (2)

**Eduardo E Ochoa**
Dade County CPS # 784

**Statewide Process Service, Inc**
**5727 NW 7th Street**
**Suite 317**
**Miami, FL 33126**
**(786) 512-5440**

Our Job Serial Number: OCH-2017000908

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1e